UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 7 CASE

Kathryn M. Daly                                     CASE NO. 10-49224

              Debtor.                       ORDER

_____

This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated March 28, 2003, executed by Kathryn M Daly a single person , recorded on April 15, 2003, as Document No.427740 , covering real estate located in Anoka County, Minnesota, legally described as: The West 15 feet of Lot 8 Block 1 and Lot 16 Block 2 of Pleasant View Addition to Fridley Park and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: February 24, 2011

                                                    /e/ Robert J. Kressel
                                                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/24/2011
Lori Vosejpka, Clerk, by LMH